UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
H-19-1

JUL 14 2020 PM 12:13
FILED-USDC-CT-HARTFORD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:20CR ( ) |
| v. | : | |
| JUAN LUIS MONZON MONTEROSO a.k.a. "Edwin Galvez Lemus" | : : : | VIOLATION: 8 U.S.C. §§ 1326(a) (Reentry of Removed Alien) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Reentry of Removed Alien)

On or about December 19, 2019, in the District of Connecticut, the defendant JUAN LUIS MONZON MONTEROSO, a.k.a. "Edwin Galvez Lemus," being an alien who had previously been deported and removed from the United States to Guatemala, was found in the United States, that is, in Monroe, Connecticut, without first having obtained the express consent of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a).

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

*(signed)*
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

*(signed)*
DEBORAH R. SLATER
ASSISTANT U.S. ATTORNEY

1